GARRET T. BUSH III ET AL. *v.* WATER POLLUTION
CONTROL AUTHORITY OF THE TOWN OF WATERFORD
(6449)

BORDEN, DALY and O'CONNELL, Js.

Argued October 11—decision released November 17, 1988

*Garret T. Bush III,* pro se, the appellant (named
plaintiff).

*Lois J. Lawrence,* for the appellee (defendant).

PER CURIAM. The plaintiffs brought this action to
enjoin the taking by eminent domain of an easement
through their property for the installation of a subsur-
face sanitary sewer interceptor pipeline. This is an
appeal from the judgment granting the defendant's
motion to dismiss the action for failure of the plaintiffs
to establish a prima facie case. Practice Book § 302.
The plaintiffs have briefed sixteen claims of error.

When ruling on motions to dismiss under § 302, the
trial court is required to view the evidence in the light
most favorable to the plaintiffs and to draw every rea-
sonable inference in the plaintiffs' favor. *Pagni* v.
*Corneal,* 13 Conn. App. 468, 470, 537 A.2d 520, cert.
denied, 207 Conn. 810, 541 A.2d 1239 (1988).

After a complete examination of the record, tran-
scripts and briefs, and after affording each of the plain-
tiffs' claims of error the appropriate scope of review,

we conclude that the trial court applied the correct standard and did not err in granting the motion.

There is no error.